# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAEPAE LAUNIU I'AULUALO, A/K/A JUNIOR IAULUALO,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 80468

FILED

FEB 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to dismiss counsel. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-06258

cc: Hon. Kathleen E. Delaney, District Judge
Paepae Launiu I'Aulualo
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2